IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAO HAO, ET AL., | No. C 12-01662 CRB |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| NEW CENTURY MORTGAGE CORPORATION, ET AL., | |
| Defendants. | |

On January 18, 2012, Plaintiffs filed a complaint in the Superior Court of California, County of Contra Costa, alleging several violations of TILA, RESPA, and several state court statutes arising out of foreclosure on property. Defendants removed the case to federal court, dkt. 1, and then moved to dismiss the Complaint, dkt. 4. Plaintiffs filed a Declination to Proceed Before a Magistrate Judge. Dkt. 8. The Case was then reassigned, dkt. 11, and the Defendants re-noticed their motion on June 5, 2012, for a hearing on July 13, 2012. Dkt. 14. Pursuant to Local Rule 7-3(a), opposition papers to the granting of a motion must be served and filed not more than fourteen (14) days after the motion is served and filed. Accordingly, Plaintiffs' Opposition was due on June 19, 2012. No Opposition has been filed.

Thus, the Court ORDERS Plaintiffs to show cause why the case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiffs have until **Tuesday, July, 3, 2012** to file a response to the Order to Show Cause

along with any Opposition they have to the motion to dismiss. Failure to respond to this order may result in dismissal of Plaintiffs' case.

**IT IS SO ORDERED.**

Dated: June 25, 2012

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE