<div style="column: sidebar">**United States District Court**
For the Northern District of California</div>

1
2
3
4
5
6
7
8    IN THE UNITED STATES DISTRICT COURT
9    FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   HAO HAO, ET AL.,                              No. C 12-01662 CRB
12        Plaintiffs,                              **JUDGMENT**
13        v.
14   NEW CENTURY MORTGAGE
     CORPORATION, ET AL.,
15
16        Defendants.                         /
17
         Having granted Defendants' Motion to Dismiss with prejudice, the Court hereby
18
     enters judgment in favor of Defendants and against Plaintiffs.
19
     **IT IS SO ORDERED.**
20
21
22
     Dated: July 13, 2012                          CHARLES R. BREYER
23                                                 UNITED STATES DISTRICT JUDGE
24
25
26
27
28

G:\CRBALL\2012\1662\Judgment.wpd