IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAO HAO, ET AL.,<br><br>    Plaintiffs,<br><br>  v.<br><br>NEW CENTURY MORTGAGE CORPORATION, ET AL.,<br><br>    Defendants._____/ | No. C 12-01662 CRB<br><br>**JUDGMENT** |

Having granted Defendants' Motion to Dismiss with prejudice, the Court hereby enters judgment in favor of Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: July 13, 2012

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\1662\Judgment.wpd